922 A.2d 708

IN THE MATTER OF CIRO A. MEDEROS,
AN ATTORNEY AT LAW.

May 24, 2007.

## ORDER

The Disciplinary Review Board having filed with the Court its decision in DRB 06–311, concluding that as a matter of final discipline pursuant to *Rule* 1:20–13, **CIRO A. MEDEROS** of **UNION CITY**, who was admitted to the bar of this State in 1989, and who has been temporarily suspended from the practice of law since October 20, 2002, should be suspended from the practice of law for a period of eighteen months for violating *RPC* 8.4(b)(commission of a criminal act that reflects adversely on honesty, trustworthiness or fitness as a lawyer), and good cause appearing;

It is ORDERED that **CIRO A. MEDEROS** is suspended from the practice of law for a period of eighteen months and until the further Order of the Court, retroactive to October 30, 2002; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent comply with *Rule* 1:20–20 dealing with suspended attorneys; and it is further

ORDERED that pursuant to *Rule* 1:20–20(c), respondent's failure to comply with the Affidavit of Compliance requirement of *Rule* 1:20–20(b)(15) may (1) preclude the Disciplinary Review Board from considering respondent's petition for reinstatement for a period of up to six months from the date respondent files proof of compliance; (2) be found to constitute a violation of *RPC* 8.1(b) and *RPC* 8.4(c); and (3) provide a basis for an action for contempt pursuant to *Rule* 1:10–2; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs and actual expenses incurred in the prosecution of this matter, as provided in *Rule* 1:20–17.